DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IN RE ESTATE OF SHARONDA RENAE BUTLER**

No. 4D15-1912

[April 20, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marc Gold, Judge; L.T. Case No. PRC 15-1078 603.

Herbert Lee Butler, Pompano Beach, pro se.

PER CURIAM.

Appellant challenges the denial of his petition for administration of his daughter's estate, claiming that as her sole heir, he is entitled to appointment as personal representative. We affirm. Appellant has been convicted of a felony. As such, he is disqualified from serving as personal representative of his daughter's estate. *See* § 733.303(1)(a), Fla. Stat. (2015).

WARNER, MAY and CONNER, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*